UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOHN RIGO, on behalf of himself and all others similarly situated doing business as Altered Air,

Plaintiff,

v.

KASON INDUSTRIES, INC., PETER A. KATZ, COMPONENT HARDWARE GROUP, INC., THOMAS CARR, and DOES 1-10,

Defendants.

Civil No. 11-cv-64-MMA (POR)

**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS**

On December 7, 2011, the Court held a Case Management Conference. Appearing before the Court were: Alan Mansfield, Esq., Will Crowder, Esq., and Chris Jennings, Esq., counsel for Plaintiff; Chris Casamassima, Esq., and Andrew Dustin, Esq., counsel for Defendant Component Hardware Group; Joshua Mayes, Esq., Richard Valdez, Esq., and James McGibbon, Esq., counsel for Defendants Kason Industries and Peter Katz; and Doug Tween, Esq., counsel for Defendant Thomas Carr. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, IT IS HEREBY ORDERED:

1. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed on or before **January 23, 2012**.

//

2. Plaintiff shall file a motion for class certification on or before **May 7, 2012**. The parties shall obtain a briefing schedule for that motion from the Honorable Michael M. Anello's chambers.

3. Each class certification expert witness designated by Plaintiff shall prepare a written report to be provided to all other parties no later than **May 7, 2012**, containing the information required by Federal Rule of Civil Procedure 26(a)(2)(A) and (B).

4. Each class certification expert witness designated by Defendant shall prepare a written report containing the information required by Federal Rule of Civil Procedure 26(a)(2)(A) and (B) and provide it to all other parties no later than the date Defendants' opposition to Plaintiff's motion for class certification is due.

5. All discovery that relates to class certification shall be completed on or before **July 9, 2012.** *"Completed"* means that all discovery under Federal Rules of Civil Procedure 30-36 must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice, and response as set forth in the Federal Rules of Civil Procedure. All disputes concerning discovery shall be brought to the attention of this Court no later than thirty days following the date upon which the event giving rise to the discovery dispute occurred. Counsel shall meet and confer pursuant to the requirements of Federal Rule of Civil Procedure 26 and Local Rule 26.1(a) before contacting the Court regarding discovery disputes.

If depositions cover both class certification and the merits, they shall go forward on both issues. The parties shall conduct only one deposition of each witness.

6. A Case Management Conference shall be held on **August 31, 2012** at **2:00 p.m.** for the purpose of scheduling all further dates. The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall arrange and initiate the call.

7. The dates and times set forth herein will not be modified except for good cause shown. However, if the dates set in this order do not conform with Judge Anello's briefing schedule for Plaintiff's motion for class certification, the parties shall contact the Court immediately.

//

//

8. Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case hereafter.

DATED: December 12, 2011

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Michael M. Anello

All parties