THE CONSUMER LAW GROUP OF CALIFORNIA
Alan M. Mansfield (SBN 125998)
alan@clgca.com
10200 Willow Creek Road, Suite 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (888) 341-5048

EMERSON POYNTER LLP
Scott E. Poynter (AR 90077)
scott@emersonpoynter.com
Christopher D. Jennings (AR 2006306)
cjennings@emersonpoynter.com
William T. Crowder (AR 2003138)
wcrowder@emersonpoynter.com
The Museum Center
500 President Clinton Ave., Ste. 305
Little Rock, Arkansas 72201
Telephone: 501-907-2555
Facsimile: 501-907-2556

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RIGO D/B/A as ALTERED AIR, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KASON INDUSTRIES, INC.; PETER A. KATZ; COMPONENT HARDWARE GROUP, INC.; THOMAS CARR; and DOES 1-10,<br><br>Defendants. | CASE NO. 3:11-CV-00064-MMA (DHBx)<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND CLASS NOTICE PROGRAM**<br><br>Hearing Date: September 24, 2012<br>Time: 2:30 p.m.<br>Courtroom: 5<br>Judge: Hon. Michael M. Anello<br><br>Complaint Filed: January 12, 2011 |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on September 24, 2012, at 2:30 p.m., or as soon thereafter as counsel can be heard, before the Honorable Michael M. Anello, in Courtroom 5 of the above-entitled Court, located at 940 Front Street, San Diego, California 92101, Plaintiff will

/ / /

1  and hereby moves for entry of an order granting preliminary approval of the proposed class
2  action settlement agreed to by the parties herein, directing that Class members be given notice of
3  the settlement in the form and manner agreed to by the parties, and setting a formal fairness
4  hearing to determine whether the settlement should be granted final approval.

5      This motion is based on this Notice of Motion and Motion, the accompanying
6  Memorandum of Points and Authorities and Declaration of William T. Crowder, which includes
7  the Settlement Agreement and Release, and the Proposed Order Granting Preliminary Approval,
8  and all other papers filed and proceedings had in this action.

9      Although the parties have conferred extensively over the past several months and agree
10 that preliminary settlement approval should be granted, the Court is required to conduct an
11 independent review pursuant to Fed. R. Civ. P. 23(e).  No party opposes this request.

Dated: September 4, 2012

THE CONSUMER LAW GROUP

By: __/s/ Alan M. Mansfield__
    Alan M. Mansfield
    alan@clgca.com
10200 Willow Creek Rd., Suite 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (888) 341-5048

EMERSON POYNTER LLP
Scott E. Poynter (AR 90077)
scott@emersonpoynter.com
Christopher D. Jennings (AR 2006306)
cjennings@emersonpoynter.com
William T. Crowder (AR 2003138)
wcrowder@emersonpoynter.com
The Museum Center
500 President Clinton Ave., Ste. 305
Little Rock, Arkansas 72201
Tel: 501-907-2555
Fax: 501-907-2556

John G. Emerson (TX 06602600)
jemerson@emersonpoynter.com
830 Apollo Lane
Houston, TX 77058
Tel: (281) 488-8854
Fax: (281) 488-8867

Attorneys for Plaintiff